ACCEPTED
12-14-00253-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/2/2015 11:12:03 AM
Pam Estes
CLERK

CASE NO. 12-14-00253-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

11/2/2015 11:12:03 AM

PAM ESTES
Clerk

| | | |
|---|---|---|
| **JERRY WEAKS and JOYCE WEAKS,** | § | **IN THE COURT OF APPEALS FOR TWELFTH COURT OF** |
| **APPELLANT** | | **APPEALS DISTRICT OF TEXAS** |
| | § | |
| **V.** | | |
| | § | |
| **KATHLEEN JEANETTE WHITE,** | § | |
| **APPELLEE** | § | |

## MOTION TO EXTEND TIME FOR FILING MOTION FOR REHEARING

**TO THE HONORABLE COURT:**

COME NOW JERRY WEAKS and JOYCE WEAKS, Appellants in this cause, who hereby move the Court for an extension of time for filing Appellants' motion for rehearing, and in support of this motion respectfully show the following, to wit:

1. This Court issued its opinion affirming the trial court judgment on October 21, 2015. The Appellants wish to file a motion for rehearing.

2. If no extension of time is granted by this Court, the Appellants' motion for rehearing is to be filed by November 5, 2015. No extension of time for filing the motion for rehearing has been requested previously by Appellants or granted previously by this Court.

3. The undersigned attorney for the Appellants is working on the motion and expects to have it ready for filing shortly, but it appears that an extension of time will be needed. A

**Weaks v. White**
**Request for Extension**

**PAGE 1**

reasonable explanation for the need for additional time is that the undersigned counsel for Appellants was already obligated to proceed in some other pending cases, including both criminal and civil, which have required his time and attention. For instance, the undersigned was already obligated to appear in the 321st District Court in Smith County, Texas, on November 5, 2015, for a permanency hearing in that certain child custody and protective services case styled "In the Matter of Brynlee Richards," for which the cause number is 15-0902-D. Of course, that date is the due date for the motion for rehearing in the instant case.

However, of more immediate and severe concern for the undersigned is that, within the last several days, the undersigned has been diagnosed to have prostate cancer. The undersigned is scheduled during the week of November 2 through November 5 to have a bone scan and also a CT scan as a prelude to beginning radiation treatments. Thus, the undersigned has been involved in conferring with his doctors and reviewing the written information provided to him in order to determine the most reasonable course of treatment. It should go without saying that the shock of receiving a cancer diagnosis, and then the follow-up process of determining, and then beginning, a course of treatment has greatly hindered, and over the next several days will continue to hinder, the undersigned in properly preparing a motion for rehearing.

Thus, it is requested that the time for filing Appellants' motion for rehearing be extended an additional 15 days to November 20, 2015.

4. The short extension of time requested herein for filing Appellants' motion for rehearing will not significantly delay the appellate process, and no harm will result to the Appellee as a result of this extension of time.

WHEREFORE, the Appellants request that this Court enter an order extending the time for filing Appellants' brief to the 20th day of November, 2015.

Respectfully submitted,

/s/ Aubrey L. Jones, Jr.

_____

Aubrey L. Jones, Jr.
Attorney at Law
State Bar No. 10859100
P.O. Box 168
106 W. Tyler St.
Athens, Texas 75751
Telephone: (903) 675-7990
Fax: (903) 670-3424
Email: aubreyjoneslaw@embarqmail.com

ATTORNEY FOR APPELLANTS

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above Appellants' request for extension of time for filing brief has been served on Appellee's attorney of record, Ms. Jane Parreiras-Horta, in accordance with the Texas Rules of Appellate Procedure.

Signed this __2nd____ day of __November_____, 2015.

/s/ Aubrey L. Jones, Jr.

_____

Aubrey L. Jones, Jr.